ORIGINAL

Approved: _____
JUN XIANG
Assistant United States Attorney

Before:    THE HONORABLE BARBARA MOSES
           United States Magistrate Judge
           Southern District of New York

**19MAG 6254**

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    19 Mag.
                                     :
           - v. -                    :    RULE 5(c)(3)
                                     :    AFFIDAVIT
MUJAHEDEEN HASAN,                    :
                                     :
           Defendant.                :
- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

      JOHN BASSO, being duly sworn, deposes and says that he is a Special Agent of the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about July 3, 2019, the United States District Court for the District of Maine issued a warrant for the arrest of "Mujahedeen Hasan" for violating the conditions of his pretrial release, as set by that court on or about May 31, 2019. A copy of the arrest warrant and the motion for revocation of bail on which it was issued is attached as Exhibit A.

      I believe that MUJAHEDEEN HASAN, the defendant, who was arrested on July 3, 2019, in the Southern District of New York, is the same individual as "Mujahedeen Hasan," who is wanted by the United States District Court for the District of Maine.

      The bases for my knowledge and for the foregoing charge are, in part, as follows:

      1.   I am a Special Agent with the FBI. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of

documents, reports, and records. I have been involved in determining whether MUJAHEDEEN HASAN, the defendant, is the same individual as the "Mujahedeen Hasan," named in the July 3, 2019 arrest warrant from the United States District Court for the District of Maine. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the District of Maine, I know that, on or about July 3, 2019, the United States District Court for the District of Maine issued a warrant for the arrest of "Mujahedeen Hasan" (the "Arrest Warrant"). The Arrest Warrant was issued based on a motion to revoke bail filed by the U.S. Attorney's Office for the District of Maine, charging "Mujahedeen Hasan" with violating the conditions of his pretrial release. Those conditions required, among other things, that "Mujahedeen Hasan" comply with supervision by the Pretrial Services Office of the Southern District of New York and participate in a drug treatment program.

3. On or about July 3, 2019, MUJAHEDEEN HASAN, the defendant, was arrested upon arriving at the Pretrial Services Office of the Southern District of New York. I know that MUJAHEDEEN HASAN, the defendant, is the same person as "Mujahedeen Hasan" who is wanted by the United States District Court for the District of Maine because I participated in the initial arrest of "Mujahedeen Hasan" on or about May 2, 2019, which led to the imposition of the pretrial release conditions "Mujahedeen Hasan" is charged with violating.

WHEREFORE, I respectfully request that MUJAHEDEEN HASAN the defendant, be imprisoned or bailed as the case may be.

JOHN BASSO
Special Agent
Federal Bureau of Investigation

Sworn to before me this
3rd day of July, 2019.

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

3

EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br><br>MUJAHEDEEN HASAN<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 1:19-mj00146-JCN |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MUJAHEDEEN HASAN                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Condition(s) of Release; 18:3148

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
Deputy Clerk

Date: 7/3/2019

_____
Issuing officer's signature

City and state:   Bangor, Maine                           Maggie Melanson, Deputy Clerk
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                 _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

NOTE: This docket entry (or case) is sealed, no email notices have been sent.

U.S. District Court

District of Maine

**Notice of Electronic Filing**

The following transaction was entered on 7/3/2019 at 2:02 PM EST and filed on 7/3/2019
**Case Name:** USA v. GRASETTE ET AL
**Case Number:** 1:19-mj-00146-JCN
**Filer:**
**Document Number:** 62(No document attached)

**Docket Text:**
**ORDER granting [61] Motion for Warrant; Sealed until Arrest or until Detainer is Lodged as to MUJAHEDEEN HASAN (2) By MAGISTRATE JUDGE JOHN C. NIVISON. (NIVISON, JOHN)**

1:19-mj-00146-JCN-2 No electronic public notice will be sent because the case/entry is sealed.

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Date filed: 7/3/19
CHRISTA K. BERRY, CLERK
By: 
Dated: 7/3/19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:19-mj-146-JCN |
| v. ) | |
| ) | |
| MUJAHEDEEN HASAN ) | |

## MOTION TO REVOKE BAIL

The United States moves that the Court revoke Defendant's pre-trial release. In support of this motion, the Government states the following:

1. On May 2, 2019, Defendant Mujahadeen Hasan made an initial appearance on a criminal complaint in the United States District Court for Southern District of New York. He was released on a $50,000 bond with conditions including that he submit to urinalysis and, if positive, a condition of drug testing and treatment would be added. On May 20, 2019, his conditions of release set in the Southern District of New York were continued by this Court. On May 31, 2019, this Court entered an order requiring the defendant to undergo detoxification and rehabilitation services and complete any treatment services recommended by Cornerstone of Medical Arts, which may include at least three months of inpatient drug treatment (ECF No. 47).

2. As is more fully set forth in the declaration of United States Probation Officer Stacy Laflin (attached as Exhibit 1), Defendant has violated his conditions of release.

WHEREFORE, the United States requests that the Court forthwith enter an order on an ex parte basis directing the Clerk to issue a warrant for Defendant's arrest. The United States further requests that, after hearing, the Court enter an order revoking Defendant's pre-trial release.

1

Date: July 3, 2019

                                                               Respectfully submitted,

                                                               Halsey B. Frank
                                                               United States Attorney

                                                               /s/ for David Joyce
                                                               David B. Joyce
                                                               Assistant U.S. Attorney

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
      Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) . No. 1:19-mj-146-JCN |
| v. | ) |
| | ) |
| MUJAHEDEEN HASAN | ) |

### DECLARATION OF STACY LAFLIN

I, Stacy Laflin, United States Probation Officer for the District of Maine, do hereby declare as follows:

### Background

On May 2, 2019, Defendant Mujahadeen Hasan made an initial appearance on a criminal complaint in the United States District Court for Southern District of New York. He was released on a $50,000 bond with conditions including that he submit to urinalysis and, if positive, a condition of drug testing and treatment would be added. On May 20, 2019, his conditions of release set in the Southern District of New York were continued by this Court. On May 31, 2019, this Court entered an order requiring the defendant to undergo detoxification and rehabilitation services and complete any treatment services recommended by Cornerstone of Medical Arts, which may include at least three months of inpatient drug treatment (ECF No. 47).

### Basis for Revocation

The Defendant was admitted to inpatient rehabilitation on June 5, 2019. He is scheduled to complete inpatient treatment on July 3, 2019. According to the Clinical Director of Cornerstore of Rhinebeck, Defendant is refusing to comply with the mandate that he attend Odyssey House long-term residential program. The United States Probation Office also directed Defendant to attend the residential program. He refused.

1

Based on the facts set forth above, Defendant has violated his conditions of release by refusing to follow the treatment services recommended by Cornerstone. The United States Probation Office for the Southern District of New York recommends that Defendant's pre-trial release be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on July 3, 2019.

Stacy Laflin
U.S. Probation Officer